```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

<u>Viengsamay Chaleunphong</u>

    v.                                  Civil No. 18-cv-1093-JL

<u>Strafford County Department</u>
<u>of Corrections Superintendent</u>
<u>Christopher Brackett, and</u>
<u>U.S. Immigration and Customs Enforcement</u>
<u>Boston Field Office Director Todd Lyons</u>

### **ORDER**

In the March 18, 2019 teleconference between the parties and the court, Petitioner's counsel referred to arrangements reached in other cases regarding notice of re-detention or renewed efforts towards removal. In advance of the March 23, 2019 hearing on Federal Respondent's motion to dismiss, Petitioner shall provide Federal Respondent with examples of these arrangements. Additionally, the parties shall exchange information regarding the conditions of petitioner's release and any conflicts between those conditions and petitioner's other legal obligations.

Federal Respondent shall provide the court with at least 48 hours advance notice of any scheduled removal or transfer of petitioner out of this court's jurisdiction prior to the hearing on the motion to dismiss. Of course, if petitioner is taken back into Immigration and Customs Enforcement custody, Federal

Respondent's motion to dismiss the petition will necessarily be moot.

**SO ORDERED.**

                                        Joseph N. Laplante
                                        United States District Judge

Dated:    March 18, 2019

cc:   Kerry Doyle, Esq.
      Ronald Abramson, Esq.
      Michael McCormack, Esq.